# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1674

_____

Krystal Megan Delima

*Plaintiff - Appellant*

v.

Walmart Stores Arkansas, LLC

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: February 3, 2020
Filed: February 6, 2020
[Unpublished]

_____

Before SHEPHERD, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Krystal Delima appeals after the jury returned an adverse verdict in her pro se civil action and the district court[1] denied her motion for a new trial. After careful

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

review of the record and consideration of the issues properly before us, we find no basis for reversal.[2] We conclude that there is no merit to Delima's arguments challenging the district court's rulings concerning a surveillance video tape produced during pretrial discovery, <u>see</u> <u>Sheets v. Butera</u>, 389 F.3d 772, 780 (8th Cir. 2004) (rulings on discovery matters are reviewed for gross abuse of discretion), the admissibility of an exhibit at trial, <u>see</u> <u>Cavataio v. City of Bella Villa</u>, 570 F.3d 1015, 1020 (8th Cir. 2009) (district court has broad discretion in its evidentiary rulings at trial), and the jury instructions, <u>see</u> <u>Otting v. J.C. Penney Co.</u>, 223 F.3d 704, 712-13 (8th Cir.2000) (refusal to submit jury instruction is reviewed for abuse of discretion). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

[2]We conclude the district court's ruling on Delima's motion for a new trial is not properly before us because she did not file a new or amended notice of appeal after the district court denied that motion. <u>See</u> <u>Miles v. GMC</u>, 262 F.3d 720, 722-23 (8th Cir. 2001). We also decline to consider the arguments she raised for the first time on appeal. <u>See</u> <u>Mau v. Twin City Fire Ins. Co.</u>, 910 F.3d. 388, 391 (8th Cir. 2018).